UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DUANE STEVENS, | ) |
|     Plaintiff, | ) Case No.: 11-cv-2578 CM/DJW |
| vs. | ) PLAINTIFF'S COMPLAINT |
| | ) AND DEMAND FOR JURY TRIAL |
| PORTFOLIO RECOVERY ASSOCIATES, INC., | ) |
|     Defendant. | ) |

## VERIFIED COMPLAINT

DUANE STEVENS, ("Plaintiff"), through the undersigned counsel, RAYMOND E. PROBST, JR. alleges the following against PORTFOLIO RECOVERY ASSOCIATES, INC., ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Nevada and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person residing in Las Vegas, Nevada.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company, with its corporate office located at: Portfolio Recovery Associates, Inc., 500 W. 1st Avenue, Hutchinson, Kansas 67501.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

### A. DEBT

11. Plaintiff incurred a financial obligation in the approximate amount of $1,800.00 (the "Debt") to Capital One (the "Creditor") in connection with a personal debt.

12. The Debt arose from services allegedly provided by the Creditor which were primarily for family, personal or household purposes and which meets the definition of a "debt" under 15 U.S.C. §1692a(5).

13. The debt was incurred on or about June 2003.

14. The Debt was purchased, assigned or transferred to Portfolio Recovery Associates, Inc. for collection, or Portfolio Recovery Associates, Inc. was employed by the Creditor to collect the Debt.

15. The Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. §1692a(2).

### B.  HARASSMENT AND ABUSIVE TACTICS

16. Defendant calls Plaintiff from telephone number 914-513-0163 seeking and demanding payment for the alleged debt.

17. Defendant has caused Plaintiff's personal phone, 702-505-9310, to ring and has engaged Plaintiff in telephone conversations repeatedly.

18. Defendant began calling in 2008 and continues to this day.

19. Defendant continued calling after receiving a Cease and Desist letter from Plaintiff.

20. Defendant attempts to collect on a debt that is now excluded from such attempts owing to the debt's age.

### COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

21. Defendant violated the FDCPA based on the following:

    a.) Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

    b.) Defendant violated *§1692e(2)* of the FDCPA by communicating a false impression of the character, amount, or legal status of the alleged debt.

WHEREFORE, Plaintiff, DUANE STEVENS, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, INC., for the following:

    a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act.

    b. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

    c. Actual damages,

    d. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

    e. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, DUANE STEVENS, demands a jury trial in this case.

This 20th day of October, 2011.

                              RESPECTFULLY SUBMITTED

                              THE PROBST LAW FIRM, P.A.

                              BY:      */s/ Raymond E. Probst, Jr.*
                                            Raymond E. Probst, Jr.
                                            KS Bar No. 20370
                                            Attorney for Plaintiff
                                            827 Armstrong Avenue
                                            Kansas City, KS 66101
                                            (913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com