UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DUANE STEVENS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:11-cv-06135-JEI-JS |
| | ) |
| vs. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, DUANE STEVENS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

This 9th day of November, 2011.

THE PROBST LAW FIRM, P.A.

BY: /s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS 66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com