UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DUANE STEVENS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:11-cv-06135-JEI-JS |
| | ) |
| vs. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

DUANE STEVENS (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 18th day of November, 2011.

THE PROBST LAW FIRM, P.A.

BY:     /s/ Raymond E. Probst, Jr.
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS  66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
(678) 781-1012
alex@fdcpalawyeronline.com